IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MOLIERE DIMANCHE, JR.,

    Plaintiff,

v.                                     CASE NO.: 4:12cv267-SPM/GRJ

P.K. JOHNSON et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 5, 2012. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Tile 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

    Having considered the Report and Recommendation, and the objection timely filed, I have determined that the Report and Recommendation should be adopted. Accordingly, it is now ORDERED as follows:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     The claims against Defendants J. Bearden, Hicks, West, Parker, Andrews, Solano, and Bowden are dismissed pursuant to Title 28, United States Code, Section 1915A for failure to state a claim upon which relief may be granted.

    **DONE AND ORDERED** this 7th day of January, 2013.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **CHIEF UNITED STATES DISTRICT JUDGE**