IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MOLIERE DIMANCHE, JR.

    Plaintiff,

vs.                                                         Case No: 4:12-cv-267-SPM-GRJ

P.K. JOHNSON, et al.,

    Defendants.

_____/

## ORDER

This cause is before the Court on Doc. 29, Defendants' motion for an enlargement of time to respond to the complaint. Defendants seek a 45-day extension of time.

Upon due consideration, it is **ORDERED:**

Defendants shall file a response to Plaintiff's complaint (Doc. 7) **on or before April 25, 2013.**

**DONE AND ORDERED** this 11th day of March 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge