IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MOLIERE DIMANCHE, JR.,
    Plaintiff,

vs.                                   Case No.: 4:12cv267/LAC/GRJ

P.K. JOHNSON, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 27, 2013 (doc. 45). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Defendants' Motion to Dismiss (doc. 39) is **GRANTED,** and the case is **DISMISSED.**

    3.    The Clerk is directed to close the file.

    **DONE AND ORDERED** on this 8th day of January, 2014.

                                                           s/ *L.A. Collier*
                                                           Lacey A. Collier
                                                     Senior United States District Judge